United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Barbara Stone, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20-22346-Civ-Scola |
| Nelson Mullins Riley & | ) |
| Scarborough LLP and others, | ) |
| Defendants. | ) |

### Order

This matter is before the Court on an independent review of the record. For the reasons set forth below, Court **vacates** its prior order dismissing the case (**ECF No. 26**).

In this case, the Court overlooked the fact that the Plaintiff Barbara Stone paid her filing fee. (*See* ECF No. 6.) Because she paid the filing fee, the Court cannot rely on section 1915(e) in ordering the dismissal of the case. *See Farese v. Scherer*, 342 F.3d 1223, 1228-29 (11th Cir. 2003) ("because § 1915, which governs only IFP proceedings, does not apply to Farese's fees-paid RICO claim, the district court was not authorized to dismiss the RICO claim pursuant to § 1915"). Therefore, the Court **vacates** its prior order dismissing the case. The Court directs the **Clerk** to **reopen** the case and **mail** this order to the address listed below.

**Done and ordered**, in chambers, at Miami, Florida on June 26, 2020.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies to:*
Barbara Stone
19 West Flagler Street Apt. 404
Miami, FL 33130