United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Barbara Stone and others, Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 20-22346-Civ-Scola ) |
| Nelson Mullins Riley & Scarborough LLP and others, Defendants. | |

### Order Requiring Compliance with Federal Rule of Civil Procedure 4(m)

It appears the Plaintiff has failed to timely serve the Defendants in this case. The Plaintiff filed her complaint on April 3, 2020. A plaintiff is responsible for serving the defendant with a summons and the complaint within 90 days of filing the complaint. Fed. R. Civ. P. 4(c)(1); Fed. R. Civ. P. 4(m). In this case, service is required by July 2, 2020. From a review of the record, it does not appear that the Plaintiff has served the Defendants with the summons and complaint. *See* Fed. R. Civ. P. 4(l)(1) ("Unless service is waived, proof of service must be made to the court."). "If the plaintiff fails to properly serve the defendant within [90] days, 'the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.'" *Lepone-Dempsey v. Carroll Cnty. Comm'rs*, 476 F.3d 1277, 1281 (11th Cir. 2007) (quoting Fed. R. Civ. P. 4(m)).

Accordingly, the Plaintiff is notified, in keeping with Rule 4(m), that the Court will dismiss this case without prejudice unless the Plaintiff can establish, no later than **July 13, 2020**, that the Defendant was timely served or that good cause exists for the failure to timely serve the Defendants. The Court directs the **Clerk** to **mail** this order to the addresses listed below.

**Done and Ordered** in chambers, at Miami, Florida, on July 6, 2020.

Robert N. Scola, Jr.
United States District Judge

*Copies to:*
Barbara Stone
19 West Flagler Street #404
Miami, FL 33130

Robert Sarhan
19 W. Flagler Street #404
Miami, FL 33130

Lesa M. Martino
PO Box 320174
Tampa, FL 33679