United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Barbara Stone and others, <br> Plaintiffs, <br><br> v. <br><br> Nelson Mullins Riley & Scarborough LLP and others, Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 20-22346-Civ-Scola <br> ) |

### Order Of Dismissal

The Plaintiff failed to timely serve the Defendant(s) in this case. The Plaintiff filed her Complaint on April 3, 2020, and was responsible for serving the Defendant(s) with a summons and complaint by July 2, 2020. Fed. R. Civ. P. 4(c)(1); Fed. R. Civ. P. 4(m). Previously, the Court notified the Plaintiff, in keeping with Rule 4(m), that the Court would dismiss this case without prejudice unless the Plaintiff established that she served the Defendant(s) timely or that good cause existed for her failure to timely serve the Defendant(s). She did neither.

Consequently, because the Plaintiff has not established good cause for her failure to serve and because an extension of the time to do so is not warranted, the Court **dismisses** this action without prejudice, and directs the Clerk of the Court to **close** the case. The Court directs the **Clerk** to **mail** this order to the addresses listed below.

**Done and ordered** at Miami, Florida, on July 14, 2020.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies to:*
Barbara Stone
19 West Flagler Street #404
Miami, FL 33130

Robert Sarhan
19 W. Flagler Street #404
Miami, FL 33130

Lesa M. Martino
PO Box 320174
Tampa, FL 33679